# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147392 & (123)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL S. SHERMAN, D.O., P.C., d/b/a
PHYSICIAN EYE CARE ASSOCIATES
OF GARDEN CITY, and MICHAEL S.
SHERMAN, D.O.,
        Plaintiffs/Counter-Defendants-
        Appellees,

v

SHIRLEY T. SHERROD, M.D., P.C., and
SHIRLEY T. SHERROD, M.D.,
        Defendants/Counter-Plaintiffs/
        Third-Party Plaintiffs-Appellants,

and

GARDEN CITY HOSPITAL,
        Third-Party Defendant-Appellee.

SC: 147392
COA: 299045, 299775
Wayne CC: 08-014212-CK

_____/

      On order of the Court, the application for leave to appeal the May 30, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for partial relief from stay of proceedings on remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

p1118